UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS,
DALLAS DIVISION

| | |
|---|---|
| **INNOVATION FIRST INTERNATIONAL, INC.,**<br><br>             Plaintiff,<br><br>     v.<br><br>**URBAN TREND, LLC; ROBERT G KUSHNER; and MICHAEL STOLL,**<br><br>             Defendants. | Civil Action No. 3:10-cv-934 |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to Local Rules 3.1(f) and 7.4, Plaintiff Innovation First International, Inc. ("Plaintiff") hereby file this Certificate of Interested Parties as follows:

The persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities who or which are financially interested in the outcome of this case are as follows:

1. Innovation First International, Inc.

2. Innovation First, Inc.

3. Innovation First Labs, Inc.

Dated:  May 10, 2010        Respectfully submitted,

       FISH & RICHARDSON P.C.

By: */s/ Kelly D. Hine*
     Kelly D. Hine
     Attorney-in-Charge
     Texas Bar No. 24002290
     hine@fr.com
     J. Kristopher Long
     Texas Bar No. 24060181
     jkl@fr.com

     1717 Main Street
     Suite 5000
     Dallas, Texas  75201
     (214) 747-5070
     (214) 747-2091 - facsimile

**COUNSEL FOR PLAINTIFF**